| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)  VRATIL, KATHRYN H | 2. Court or Organization  DISTRICT OF KANSAS | 3. Date of Report  4/20/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  DISTRICT JUDGE - ACTIVE | 5. ReportType (check appropriate type)  ○ Nomination, Date  ○ Initial  ● Annual  ○ Final | 6. Reporting Period  1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address  UNITED STATES DISTRICT COURT  500 STATE AVENUE, SUITE 511  KANSAS CITY, KANSAS 66101-2435 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2005 APR 26 A 11: 25 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. 2004 | AT&T pension |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
| --- | --- |
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. Citibank | Student Loans | K |

| Name of Person Reporting | Date of Report |
|---|---|
| VRATIL, KATHRYN H | 4/20/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| ☐ NONE  (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.  20th Century Ultra (IRA) | | None | M | T | | | | | |
| 2.  20th Century Giftrust | | None | J | T | Redeem-pt | 09-07 | J | | |
| 3.  Growth Fund of America | A | Dividend | | | Sell | 12-23 | J | B | |
| 4.  Strips-TINT-U.S. Treasury | | None | | | Redeem-all | 08-15 | J | | |
| 5.  Prudential Life Ins. Policies | A | Dividend | J | T | | | | | |
| 6.  Massachusetts Mutual Life Ins. Policy | C | Dividend | L | T | | | | | |
| 7.  Kansas Municipal Bond Fund | A | Dividend | J | T | Redeem-pt | 03-25 | J | | |
| 8. | | | | | Redeem-pt | 06-25 | J | | |
| 9. | | | | | Redeem-pt | 09-27 | J | | |
| 10. | | | | | Redeem-pt | 12-27 | J | | |
| 11.  Oppenheimer Municipal Bond Fund Class A | B | Dividend | K | T | Redeem-pt | 03-22 | J | | |
| 12. | | | | | Redeem-pt | 06-22 | J | | |
| 13. | | | | | Redeem-pt | 09-21 | J | | |
| 14. | | | | | Redeem-pt | 12-20 | J | | |
| 15.  AT&T Corp New | A | Dividend | J | T | | | | | |
| 16.  Verizon Commns | A | Dividend | J | T | | | | | |
| 17.  Schwab Money Market Fund | A | Dividend | K | T | | | | | |
| 18.  Schwab Money Market Fund (IRA) | A | Dividend | M | T | | | | | |

1. Income/Gain Codes:        A = $1,000 or less        B = $1,001-$2,500        C = $2,501-$5,000        D = $5,001-$15,000        E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000     G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:              J = $15,000 or less      K = $15,001-$50,000      L = $50,001-$100,000     M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000    O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
                             P3 = $25,000,001-$50,000,000                      P4 = $More than $50,000,000
3. Value Method Codes        Q = Appraisal            R = Cost (Real Estate Only)  S = Assessment        T = Cash/Market
   (See Column C2)           U = Book Value           V = Other                W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| VRATIL, KATHRYN H | 4/20/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Columbia Acorn Fund (IRA) | B | Div/Cap Gain | L | T | | | | | |
| 20. Am. Cent. Equity Growth (IRA) | A | Dividend | J | T | | | | | |
| 21. Dreyfus S & P 500 Index Fund (IRA) | A | Dividend | K | T | | | | | |
| 22. Dreyfus Small Co. Value Fund (IRA) | | None | L | T | | | | | |
| 23. Janus Overseas Fund (IRA) | A | Dividend | L | T | | | | | |
| 24. Pioneer Papp Strategic Growth Fund CL A (IRA) | A | Dividend | J | T | | | | | |
| 25. Credit Suisse Capital Appreciation Fund CMN CL (IRA) | | None | K | T | | | | | |
| 26. Schwab Money Market Fund | A | Dividend | K | T | | | | | |
| 27. Schwab Money Market Fund | A | Dividend | L | T | | | | | |
| 28. Janus Worldwide Fund (IRA) | | None | | | Sell | 11-12 | L | | |
| 29. AmCent 20th Int'l Growth (IRA) | A | Dividend | K | T | | | | | |
| 30. AmCent Income & Growth (IRA) | B | Dividend | L | T | | | | | |
| 31. AmCent Income & Growth | A | Dividend | K | T | | | | | |
| 32. American Century Income & Growth | A | Dividend | J | T | | | | | |
| 33. RS Diversified Growth Fund (IRA) | | None | | | Sell | 11-12 | J | | |
| 34. Turner Midcap Fund (IRA) | | None | | | Sell | 11-12 | J | | |
| 35. Columbia Acorn Fund | A | Div/Cap Gain | J | T | Sell-pt | 12-23 | J | A | |
| 36. Janus Worldwide Fund | | None | | | Sell | 11-12 | J | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| VRATIL, KATHRYN H | 4/20/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transacations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Janus Worldwide Fund | | None | | | Sell | 11-12 | J | B | |
| 38. RS Diversified Growth Fund | | None | | | Sell | 11-12 | J | | |
| 39. Credit Suisse Capital Appreciation Fund Common CL | | None | J | T | | | | | |
| 40. Banc One Corp Notes | B | Interest | K | T | | | | | |
| 41. Bear Stearns Note | B | Interest | K | T | | | | | |
| 42. General Motors ACC Notes | A | Interest | | | Redeem-all | 04-15 | K | | |
| 43. GNMA PL | A | Interest | J | T | Repayment | 01-15 | J | | |
| 44. | | | | | Repayment | 02-17 | J | | |
| 45. | | | | | Repayment | 03-15 | J | | |
| 46. | | | | | Repayment | 04-15 | J | | |
| 47. | | | | | Repayment | 05-17 | J | | |
| 48. | | | | | Repayment | 06-15 | J | | |
| 49. | | | | | Repayment | 07-15 | J | | |
| 50. | | | | | Repayment | 08-16 | J | | |
| 51. | | | | | Repayment | 09-15 | J | | |
| 52. | | | | | Repayment | 10-15 | J | | |
| 53. | | | | | Repayment | 11-15 | J | | |
| 54. | | | | | Repayment | 12-13 | J | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
    P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| VRATIL, KATHRYN H | 4/20/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Ameristock Fund | A | Dividend | J | T | | | | | |
| 56. Artisan International Fund | A | Dividend | J | T | | | | | |
| 57. Artisan Mid Cap Fund | | None | J | T | | | | | |
| 58. Julius Baer International Equity Fund | A | Div/Cap Gain | J | T | | | | | |
| 59. Royce Low Priced Stock Fund | A | Div/Cap Gain | K | T | | | | | |
| 60. Schwab 1000 Fund | A | Dividend | K | T | | | | | |
| 61. Schwab International Index Fund | A | Dividend | J | T | | | | | |
| 62. Schwab Small Cap Index Fund | A | Dividend | J | T | | | | | |
| 63. White Oak Growth Stock Fund | | None | J | T | | | | | |
| 64. AT&T Wireless Services | | None | | | Cash Merger | 10-27 | J | A | |
| 65. Prudential Financial | A | Dividend | J | T | | | | | |
| 66. Comcast Corp. | | None | J | T | | | | | |
| 67. Orthologic Corp. (IRA) | | None | J | T | | | | | |
| 68. California Amplifier (IRA) | | None | J | T | | | | | |
| 69. Mass Mutual Fixed Account Annuity | | None | K | T | | | | | |
| 70. Schwab Muni Money Fund | A | Dividend | J | T | | | | | |
| 71. Schwab Value Advantage | A | Dividend | K | T | | | | | |
| 72. | | | | | | | | | |

| 1 Income/Gain Codes | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3 Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | VRATIL, KATHRYN H | 4/20/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

Note to Section I:
During 2004, Trust #1 included the assets listed on lines 26, 31 and 35 through 39.

Notes to Section VII:
Line 24: Pioneer Papp Strategic Growth Fund CL A (IRA) was formerly known as Papp America Abroad Fund (IRA).
Line 70: In past years, I inadvertently included Schwab Muni Money Fund as part of Schwab Money Market Fund (line 27).
Line 71: I have inadvertently failed to report Schwab Value Advantage, which ███████ acquired on 07-16-01 by transferring funds from Schwab Money Market Fund (line 27). In past years, information about Schwab Value Advantage was included as part of Schwab Money Market Fund.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | VRATIL, KATHRYN H | 4/20/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▬▬▬▬▬▬▬▬▬              Date _april 20, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544